IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NORMA GARZA,

    Plaintiff,

v.                                                   Civ. No. 18-1178 WJ/GJF

ANDREW SAUL, *Commissioner of*
*Social Security*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court upon the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), which was filed December 30, 2019. ECF No. 26. The PFRD notified the parties of their ability to file objections no later than January 13, 2020 (fourteen days after the filing of the PFRD) and that failure to do so waived appellate review. As neither party has filed any objections by this date, the Court concludes that appellate review has been waived.

Wherefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 26) is **ADOPTED**. Consequently, the Commissioner's final decision is **AFFIRMED**; Plaintiff's Motion is **DENIED**; and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                                                 _____
                                                                                 THE HONORABLE WILLIAM P. JOHNSON
                                                                                 CHIEF UNITED STATES DISTRICT JUDGE